UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES

**Date:** November 6, 2020     **Time:** 17 minutes     **Judge:** SUSAN ILLSTON

**Case No.**: 18-cr-00224-SI-1     **Case Name:** United States v. Tyrone Williams

**Attorney for Government:** Patrick O'Brien
**Attorney for Defendant:** Severa Keith
**Defendant:** [X ] Present   [ ] Not Present
**Defendant's Custodial Status:** [ ] In Custody  [X ] Not in Custody

**Deputy Clerk:** Esther Chung            **Court Reporter:** Debra Pas
**Interpreter:** n/a                      **Probation Officer:** Mark Unalp

## PROCEEDINGS

Motion for Early Termination of Probation (Dkt. 5) - held via Zoom webinar.

## SUMMARY

Defendant present and consents to video appearance.  Defendant's counsel explained the reason why early termination of probation was being requested.  The Government stated that they would defer to the Probation Department's recommendation.  The Probation Department argued that Defendant's conduct could not meet the standard of "exceptional" which was required for early termination.  The Defendant spoke on his behalf.  The Court requested that a Status Report be filed by **1/20/2021**.  If the Court finds the Status Report to be acceptable it will grant the Motion to Terminate Probation on 1/31/2021.