UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| USA,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAMS,<br><br>　　　　　　Defendant. | Case No. 18-cr-00224-SI-1<br><br>**ORDER GRANTING MOTION FOR EARLY TERMINATION OF SUPERVISED RELEASE**<br><br>Re: Dkt. No. 5, 15 |

Before the Court is defendant Tyrone Williams's Motion for Early Termination of Supervised Release. Dkt. No. 5. On January 31, 2018, defendant was released on supervision and is currently scheduled to end supervision on January 30, 2022. *See id*. at 1. Defendant argues that his conduct on supervised release and the interests of justice warrant early termination of supervised release pursuant to 18 U.S.C. § 3583(e)(1). *Id*. at 4-8. The government "understands that [defendant] has performed well on supervision" and defers to the United States Probation Office and the judgment of the Court. Dkt. No. 12 at 2.

**LEGAL STANDARD**

18 U.S.C. 3583(e)(1) provides that a court may, under factors set forth in 18 U.S.C. § 3553(a) "terminate a term of supervised release … at any time after the expiration of one year of supervised release … if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. § 3583(e)(1). When determining whether the defendant's conduct and the interest of justice warrant early termination of supervised release, the court "enjoys discretion to consider a wide range of circumstances." *United States v. Emmett*, 749 F.3d 817, 819 (9th Cir. 2014). The burden is on the defendant, as the party receiving the benefit of early

termination, to demonstrate that early termination is warranted. *United States v. Weber*, 451 F.3d 552, 559 n.9 (9th Cir.2006).

## DISCUSSION

On November 6, 2020, the Court held a hearing on defendant's motion. Dkt. No. 14. At the hearing, probation argued that defendant's conduct was not "exceptional" and, therefore, did not warrant early termination. *Id*. The Court requested probation to submit a status report on defendant's conduct by January 20, 2021. *Id*.

The Court received probation's status report and finds that defendant's conduct on supervised release warrants early termination. Probation has reported no issues with defendant's compliance. The Court commends defendant for starting his own trucking company while on supervised release and continuing to provide his family with a stable environment. Accordingly, the Court **GRANTS** defendant's Motion for Early Termination of Supervised Release. Defendant's supervised release is hereby terminated.

**IT IS SO ORDERED**.

Dated: January 22, 2021

_____
SUSAN ILLSTON
United States District Judge